JOHN KOPER, Respondent, v. BROOKLYN HEIGHTS RAILROAD COMPANY and Another, Appellants.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOHN PELOSA and Rocco CAVOSA, Appellants.— Judgment affirmed. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. FRANK R. BAKER, Appellant.— Judgment affirmed. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

GEORGE FUSS, Appellant, v. COMPANIA ZAMORENSE LE NAVEGACION, SOCIEDAD ANONIMA, Respondent.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Smith, Merrell and Philbin, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. GENERAL CHEMICAL COMPANY, Respondent, v. JACOB A. CANTOR and Others, as Commissioners of Taxes and Assessments of the City of New York, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Smith, Merrell and Philbin, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. MAX PERLSTEIN, Appellant, v. REUBEN SHERNOFF, as President, etc., and Another, Respondents.— Orders affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Smith, Merrell and Philbin, JJ.

HENRY J. NEWMAN, Respondent, v. DAVID S. WALTON and Another, Copartners, etc., Appellants.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Smith, Merrell and Philbin, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. BENJAMIN MARDEN, Appellant.— Judgment affirmed. No opinion. Present — Clarke, P. J., Laughlin, Smith, Merrell and Philbin, JJ.

DAVID FITZGIBBONS, Respondent, v. JOSEPH H. MAYERS, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Smith, Merrell and Philbin, JJ.

MARY BRUTIN, an Infant, by LIZZIE BRUTIN, Her Guardian ad Litem, Respondent, v. GEORGE W. CRAWFORD, Appellant.— Order reversed, with costs, and motion denied and verdict reinstated and judgment ordered to be entered thereon, with costs. No opinion. Present — Clarke, P. J., Laughlin, Smith, Merrell and Philbin, JJ.

VICTOR E. MEYER, Individually and Doing Business as VICTOR E. MEYER & Co., Respondent, v. GEORGE F. SALTZMAN and Another, Copartners, etc., Appellants.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Smith, Merrell and Philbin, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ISIDOR KOPLITZ, Appellant.— Judgment affirmed. No opinion. Present — Clarke, P. J., Laughlin, Smith, Merrell and Philbin, JJ.; Smith, J., dissented.

ERMINIE MULLANEY and Others, as Executrices, etc., Respondents, v. CENTURY STEEL COMPANY OF AMERICA, INC., Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Smith, Merrell and Philbin, JJ.